**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Richard Alan Haase v. Countrywide Home Loans, Inc.; et.al. and Deutsche Bank National Trust Company

Appellate case number: 01-20-00854-CV

Trial court case number: 07-DCV-161177

Trial court: 400th District Court of Fort Bend County

On April 13, 2021, appellants, RICHARD ALAN HAASE and Richard Alan Haase, filed a Motion for Trial Court to State Findings of Fact and Conclusions of Law in connection with the trial court's summary judgments of February 20, 2019 and March 7, 2019 and the trial court's judgment nunc pro tunc of December 1, 2020.

Appellants are not entitled to the requested relief. *See* TEX. R. CIV. P. 296. We **deny** the motion.

On April 28, 2021, Appellants filed an original and an Amended Motion for Ruling and Request for Extension of Time to File Principal Brief seeking a ruling on their April 13, 2021 Motion and "an extension of time to file [their] principal brief." We **deny** Appellants' Motion for Ruling as moot and **grant** appellants' Request for Extension of Time.

Appellants' brief is due **June 3, 2021.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
     Acting individually

Date: May 4, 2021